## HESTER *vs.* KELLER.

74   369
107   728
74   369
o115   701

It makes no difference who attests the *certiorari* bond, but it must be accepted and approved by the justice who tried the case.   If the bond itself shows on its face its acceptance and approval by the justice who tried the case, it is sufficient, though there may be no certificate thereof; but the record must show somewhere that such

justice did accept and approve the bond; otherwise the *certiorari* will be dismissed. Code, §4055; 64 *Ga.*, 599; 70 *Id.*, 523; 67 *Id.*, 274.

Judgment affirmed.

January 6, 1885.

JACKSON, Chief Justice.

[A petition for *certiorari* was taken from the decision of Thomas Waldhour, J. P. On October 22, 1883, the judge of the superior court granted an order that the writ of *certiorari* issue on filing bond and making affidavit according to law. A bond appears in the record attested by W. F. Taylor, J. P., without date or other approval. There is a certificate from the presiding justice that the costs were paid. When the case was called, counsel for defendant in *certiorari* moved to dismiss it, because the bond bore no date, because the certificate did not show that bond had been given, and because the bond was not taken by the magistrate who tried the case or by the clerk of the superior court. The *certiorari* was dismissed, and plaintiff therein excepted.]